AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Nikolas Cherashniy, on behalf of himself and others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Gerritsen Avenue Bagels Inc. d/b/a Gerritsen Bagels, and Boris Lerner <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 25-cv-2470 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Boris Lerner
    2712 Gerritsen Avenue
    Brooklyn, New York 11229

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    William Brown, Esq.
    Brown Kwon & Lam, LLP
    521 5th Avenue 17th Floor
    New York, New York 10175

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 05/05/2025

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*